UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE THE MATTER OF:

__Charles Fowle__  Case No. __14-mj-129-01-JL__
(Petitioner's name)                    (If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 24 2014

**FILED**

I, __Charles Fowle__
          (name)

respectfully request appointment of counsel to represent me as a

☐ grand jury target         ☒ criminal defendant

☐ grand jury witness        ☐ trial witness

☐ other: _____

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __6/24/14__          X_____
                              Signature of Petitioner

**NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS**:
In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

### RULING BY JUDICIAL OFFICER

☒  Request Approved. Appoint counsel.

☐  Request Denied.

Date: __6·24·2014__          _____
                              United States Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)