UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> CHARLES FOWLE ) <br> MARC GUILLEMETTE ) <br> WILLIAM SWANSON ) <br> MICHAEL GRAYDON ) <br> ) | No. 1:14-cr-86-01-04-JL |

## INDICTMENT

**The Grand Jury charges:**

COUNT ONE

[21 U.S.C. 846 – Conspiracy]

From in or around September 2013, through June 24, 2014, in the District of New Hampshire, defendants,

CHARLES FOWLE,
MARC GUILLEMETTE,
WILLIAM SWANSON,
and
MICHAEL GRAYDON,

knowingly, intentionally and unlawfully agreed and conspired together, and with others known and unknown to the grand jury, to distribute, and possess with intent to distribute, oxycodone, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 846.

                                                A TRUE BILL.

                                                <u>/s/ Foreperson</u>
                                                Grand Jury Foreperson

Dated: July 23, 2014

JOHN P. KACAVAS
United States Attorney

By: <u>/s/ Terry L. Ollila</u>
Terry L. Ollila
Assistant U.S. Attorney